# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

**UNITED STATES OF AMERICA,**

        **Plaintiff,**　　　　　　　　　　**Case No. 04-CR-66**

        vs.

**DWIGHT CLAYTON,**
**CHRISTOPHER G. POWELL,**

        **Defendant.**

_____

## AMENDED PRELIMINARY ORDER OF FORFEITURE
_____

Based on the plaintiff's Motion to Amend Preliminary Order of Forfeiture, it is hereby **ORDERED AND ADJUDGED**:

That the Preliminary Order of Forfeiture filed on April 7, 2005, shall be amended by dismissing items 2 and 3.

2. A 2001 gold Chrysler 300 bearing VIN #2C3HE66G71H522833.

3. $168.00 in United States currency seized from Jeffrey Coleman on March 11, 2004.

In all other respects, the Court's Order filed on April 7, 2005, in this matter shall remain unaltered and unchanged.

Dated at Milwaukee, Wisconsin, this 9th day of June, 2005.

                                      s/ Rudolph T. Randa
                                      HON. RUDOLPH T. RANDA
                                      Chief Judge